| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Legg Mason Opportunity Trust | A | Dividend | L | T | Buy | 4/3 | K | | |
| 146. | | | | | Buy | 5/6 | K | | |
| 147. | | | | | Buy | 5/27 | K | | |
| 148. Fairholme Fund | A | Dividend | L | T | Buy | 3/27 | K | | |
| 149. | | | | | Buy | 5/5 | J | | |
| 150. | | | | | Buy | 5/24 | K | | |
| 151. Aegis Value Fund Inc | | None | L | T | Buy | 12/31 | L | | |

FINANCIAL DISCLOSURE OFFICE

RECEIVED 2004 MAY 25 P 1: 01

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

### AS AMENDED

1) Values and income of assets listed in Part VII, page3, lines 37, 38, and Page 8, line 131 of previous report have declined below reporting value.

2) Asset on line 112 of this report was inadvertently omitted from the previous report. It was corrected on the previous report by a separate letter addressed to the Committee.

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Ambro, Thomas L. | 2. Court or Organization U.S. Court of Appeals, 3rd Cir | 3. Date of Report 5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5. ReportType (check appropriate type) ( ) Nomination, Date ( ) Initial (•) Annual ( ) Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address Federal Courthouse 844 King Street, Lock Box 32 Wilmington, DE 19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Thomas L. Ambro Revocable Trust |
| 2. Immediate Past Chair | Section of Business Law of the American Bar Association |
| 3. Chairman | Georgetown University Alumni Admissions Program Board of Advisors |
| 4. Chairman | Georgetown University Northern Delaware Alumni Admissions Program |
| 5. Member | Georgetown University Alumni Association (Board and Executive Committee of Board) |
| 6. Member | Board of Editors, Delaware Lawyer |
| 7. Member | Board of Editors, Delaware Law Review |
| 8. Co-Chair | Collins Seitz Bankruptcy Inn of the American Inns of Court |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 14 12 34 PM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ambro, Thomas L | 5/12/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

**B. Spouse's Non-Investment Income** - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | State of Delaware |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | January 9-12, Palm Beach, FL, Section of Business Law Midwinter Meeting (Transportation, Lodging & Meals) |
| 2. | American Bar Associaition | February 6-10, Seattle, Washington, Section of Business Law representative at ABA Midyear Meeting (Transportation, Lodging & Meals) |
| 3. | Cornell Law School | February 21-23, Ithaca, NY, NY Judge at Moot Court Competition (Transportation, Lodging & Meals) |
| 4. | St. John's University | March 31, New York City, NY, Judge at Moot Court Competition (Transportation, Lodging & Meals) |
| 5. | American Bar Association | April 2-6, Los Angeles, CA, Section of Business Law Spring Meeting (Transportation, Lodging & Meals) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 6. | American Bar Association | May 17, Washington DC, Represented ABA Section of Business Law at National Asian Pacific ABA Dinner (Transportation & Meal) |
| 7. | American Bar Association | August 7-12, San Francisco, CA, ABA Annual Meeting (Transportation, Lodging & Meals) |
| 8. | New York University Law School | September 3-4, New York City, NY, Panelist at advanced bankruptcy seminar program (Transportation, Lodging & Meals) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Harvey & Ruth Miller | Tickets to Metropolitan Opera | $590 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Wilmington Trust Account | | None | J | T | | | | | |
| 2. Wilmington Trust Account | A | Interest | J | T | | | | | |
| 3. Wilmington Tax Exempt Investor | B | Interest | J | T | | | | | |
| 4. Gabelli Asset Fund | | None | | | Sell | 3/19 | K | | |
| 5. | | | | | Sell | 4/28 | K | B | |
| 6. Delaware State Bond 7.0% | | None | K | T | | | | | |
| 7. Delaware State Bond 6.1% | | None | K | T | | | | | |
| 8. Glasgow Professional Properties Inc | | None | O | W | | | | | |
| 9. Longwood Corporate Center South L.P. (1989 - $50,000) | F | Rent | | | Sell | 2/21 | L | | |
| 10. Lynhaven Partners (1983 - $23,500) | B | Rent | K | R | | | | | |
| 11. Nantucket Island Associates Partnership (1984 - $17,200) | | None | K | R | | | | | |
| 12. PB/Fogelman Harbour Town Partnership (1988 - $30,300) | | None | K | R | | | | | |
| 13. Salem Plaza Associates Partnership (1984 - $23,581) | | None | K | R | | | | | |
| 14. Trust Account #6 | | | | | | | | | |
| 15. - Evergreen Municipal Money Market FD (cash equivalent) | A | Dividend | L | T | | | | | |
| 16. - DEL HSG MFM Quaker Hill 7.55% | B | Interest | | | Sell | 12/5 | J | | |
| 17. - Delaware EDA Pollunt Cntl | A | Interest | | | Sell | 9/15 | K | A | |
| 18. - Delaware Riv & Bay Auth 4.9% | D | Interest | M | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. – Centerpoint Energy Inc | A | Dividend | J | T | Buy | 10/6 | J | | |
| 20. – Nisource Inc | A | Dividend | J | T | Buy | 10/6 | J | | |
| 21. – Sirius Satellite Radio | | None | J | T | Buy | 12/30 | J | | |
| 22. – XM Satellite Radio Holdings | | None | J | T | Buy | 12/30 | J | | |
| 23. Trust Account #7 | | | | | | | | | |
| 24. – Firsthand FDS | | None | K | T | | | | | |
| 25. – Goldman Sachs TR ILA Money Market | A | Dividend | J | T | | | | | |
| 26. – Vanguard Municipal Bond Fund Intermediate | C | Dividend | M | T | Partial Sale | 1/27 | J | | |
| 27. | | | | | Partial Sale | 10/6 | K | | |
| 28. – Wexford TR Muhlenkamp FD | | None | K | T | Partial Sale | 1/27 | K | | |
| 29. | | | | | Partial Sale | 2/10 | K | | |
| 30. – Calamos Growth FD | | None | M | T | Partial Sale | 12/17 | L | E | |
| 31. | | | | | Partial Sale | 2/10 | K | | |
| 32. – Clipper Fund | A | Dividend | L | T | Partial Sale | 2/10 | K | | |
| 33. – FMI Focus Fund | | None | L | T | Partial Sale | 2/10 | K | | |
| 34. – ING Funds Intr Value | B | Dividend | M | T | | | | | |
| 35. – Oakmark Fund | A | Dividend | L | T | Partial Sale | 2/10 | K | | |
| 36. – Oakmark Global Fund CL I | A | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.   - PIMCO Foreign Bd FD Inst | A | Dividend | | | Sell | 1/27 | K | A | |
| 38.   - T Rowe Price Intl Bond | C | Dividend | K | T | Buy | 1/27 | J | | |
| 39. | | | | | Buy | 1/28 | K | | |
| 40. | | | | | Buy | 2/12 | J | | |
| 41. | | | | | Partial Sale | 2/10 | K | B | |
| 42.   - TCW Galileo Sel Eqtys | | None | L | T | Partial Sale | 2/10 | K | | |
| 43.   - Calamos Conver Tible FD CL A | B | Dividend | K | T | Buy | 2/10 | K | | |
| 44. | | | | | Buy | 2/12 | J | | |
| 45.   - Pimco High YLD FD Instl | B | Dividend | | | Buy | 2/10 | K | | |
| 46. | | | | | Buy | 2/12 | J | | |
| 47. | | | | | Sell | 12/19 | L | C | |
| 48.   - Pimco Real Return FD A | D | Dividend | L | T | Buy | 2/10 | L | | |
| 49. | | | | | Buy | 2/12 | J | | |
| 50.   - Pioneer High Yield | A | Dividend | K | T | Buy | 12/19 | K | | |
| 51.   - Duke Energy Co | A | Dividend | K | T | Buy | 10/7 | K | | |
| 52.  IRA Account #1 | | | | | | | | | |
| 53.   - Goldman Schs TR ILA Money Market | A | Dividend | J | T | | | | | |
| 54.   - ING Funds Intr Value | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | It not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. - Pimco FDS PAC Invt Mgmt Serv | A | Dividend | | | Partial Sale | 1/27 | J | A | |
| 56. | | | | | Sell | 12/19 | J | A | |
| 57. - Wexford TR Muhlenkamp FD | | None | J | T | Partial Sale | 2/10 | J | | |
| 58. - Calamos Invt TR New | | None | J | T | Partial Sale | 2/10 | J | | |
| 59. | | | | | Partial Sale | 12/17 | J | B | |
| 60. - Clipper Fund | A | Dividend | K | T | Buy | 12/30 | J | | |
| 61. | | | | | Partial Sale | 2/10 | J | | |
| 62. - FMI Funds | | None | J | T | Partial Sale | 2/10 | J | | |
| 63. - Oakmark Global Fund | A | Dividend | J | T | Partial Sale | 2/10 | J | | |
| 64. - T Rowe Price Intl | A | Dividend | J | T | Buy | 1/28 | J | | |
| 65. | | | | | Partial Sale | 2/10 | J | A | |
| 66. - TCW Galileo FDS Inc | | None | J | T | Partial Sale | 2/10 | J | | |
| 67. - Vanguard Bond Index FD | A | Dividend | J | T | | | | | |
| 68. - Calamos Invt TR New Convertible FD CL A | A | Dividend | J | T | Buy | 2/10 | J | | |
| 69. - Oakmark Fund Class I | A | Dividend | J | T | Buy | 2/10 | J | | |
| 70. | | | | | Buy | 2/11 | J | | |
| 71. - Pioneer High Yield | A | Dividend | J | T | Buy | 12/19 | J | | |
| 72. - Pimco FDS PAC Invt MGMT SER Real Return BD | A | Dividend | J | T | Buy | 2/10 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. - Pimco High Yield FD instl | A | Dividend | | | Buy | 2/10 | J | | |
| 74. | | | | | Sell | 12/19 | J | A | |
| 75. IRA Account #2 | | | | | | | | | |
| 76. - Goldman Sachs TR ILA Money Market | A | Dividend | J | T | Partial Sale | 8/14 | J | | |
| 77. - Firsthand FDS Tech Value FD | | None | M | T | | | | | |
| 78. - ING Funds Intr Value | C | Dividend | M | T | | | | | |
| 79. - Wexford TR Muhlenkamp FD | | None | L | T | Buy | 2/11 | J | | |
| 80. | | | | | Partial Sale | 1/27 | K | | |
| 81. | | | | | Partial Sale | 2/7 | K | | |
| 82. - Dominion Res Inc VA New | B | Dividend | K | T | | | | | |
| 83. - Teco Energy Inc | A | Dividend | K | T | | | | | |
| 84. - Calamos Invt TR New | | None | L | T | Buy | 2/11 | J | | |
| 85. | | | | | Partial Sale | 2/7 | K | | |
| 86. | | | | | Partial Sale | 12/17 | L | D | |
| 87. - Clipper Fund Inc | B | Dividend | M | T | Partial Sale | 2/7 | K | | |
| 88. | | | | | Buy | 2/11 | J | | |
| 89. | | | | | Buy | 12/30 | L | | |
| 90. - FMI FDS Focus Fund | | None | L | T | Buy | 2/11 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. | | | | | Partial Sale | 2/7 | K | | |
| 92. - Oakmark Fund | A | Dividend | M | T | Partial Sale | 2/7 | K | | |
| 93. | | | | | Buy | 2/11 | K | | |
| 94. | | | | | Partial Sale | 7/25 | M | D | |
| 95. - Oakmark Global Fund | A | Dividend | M | T | Partial Sale | 2/7 | J | | |
| 96. | | | | | Buy | 2/11 | J | | |
| 97. | | | | | Buy | 7/25 | M | | |
| 98. - Pimco Foreign BD FD Instl Class | A | Dividend | | | Sell | 1/27 | K | A | |
| 99. - T Rowe Price Intl Bond Fund | C | Dividend | L | T | Buy | 1/27 | K | | |
| 100. | | | | | Buy | 1/28 | K | | |
| 101. | | | | | Partial Sale | 2/7 | K | B | |
| 102. | | | | | Buy | 2/11 | J | | |
| 103. - TCW Galileo FDS Inc | | None | M | T | Buy | 2/11 | J | | |
| 104. - RF Monolithics Inc | | None | J | T | Buy | 7/25 | J | | |
| 105. | | | | | Buy | 8/13 | J | | |
| 106. - Calamos Invt TR New Convertible FD CLA | B | Dividend | K | T | Buy | 2/7 | K | | |
| 107. - Pimco FDS PAC Invt MGMT SER Real Return | C | Dividend | L | T | Buy | 2/7 | L | | |
| 108. | | | | | Partial Sale | 12/19 | K | C | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. - Pioneer High Yield | | None | K | T | Buy | 12/19 | K | | |
| 110. - Pimco High Yield FD Instl | C | Dividend | | | Buy | 2/7 | K | | |
| 111. | | | | | Sell | 12/19 | K | C | |
| 112. Note receivable from Louis P. Olivere, Jr. | E | Interest | L | T | | | | | |
| 113. Trust Account #12 | | | | | | | | | |
| 114. - Firsthand Tech Value FD | | None | K | T | | | | | |
| 115. - GS ILA Money Mkt Instl | A | Dividend | J | T | Partial Sale | 4/14 | J | | |
| 116. - Wexford TR Muhlenkamp FD | | None | K | T | Partial Sale | 1/27 | K | | |
| 117. | | | | | Partial Sale | 2/7 | K | | |
| 118. - Cisco Systems Inc | | None | K | T | | | | | |
| 119. - Calamos Invt TR New | | None | M | T | Partial Sale | 2/7 | K | | |
| 120. | | | | | Partial Sale | 12/17 | L | E | |
| 121. - Clipper Fund Inc | B | Dividend | L | T | Partial Sale | 2/7 | K | | |
| 122. - FMI FDS Focus Fund | | None | L | T | Partial Sale | 2/7 | K | | |
| 123. - ING Funds Intr Value | B | Dividend | M | T | Partial Sale | 2/7 | K | | |
| 124. - Oakmark Fund Class I | A | Dividend | L | T | Partial Sale | 2/7 | K | | |
| 125. | | | | | Partial Sale | 7/25 | K | C | |
| 126. - Oakmark Global Fund | A | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ambro, Thomas L | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. - Pimco Foreign BD FD | A | Dividend | | | Sale | 1/27 | K | A | |
| 128. - T Rowe Price Intl Bond Fund | C | Dividend | L | T | Buy | 1/27 | K | | |
| 129. | | | | | Buy | 1/28 | K | | |
| 130. | | | | | Partial Sale | 2/7 | K | B | |
| 131. - TCW Galileo FDS Inc | | None | L | T | Partial Sale | 2/7 | K | | |
| 132. - Calamos Conver Tible FD CLA | B | Dividend | L | T | Buy | 2/7 | K | | |
| 133. | | | | | Buy | 2/12 | J | | |
| 134. - Pimco High Yield FD Instl | C | Dividend | | | Buy | 2/7 | K | | |
| 135. | | | | | Buy | 2/12 | J | | |
| 136. | | | | | Sell | 12/19 | L | D | |
| 137. - Pimco Real Return | C | Dividend | L | T | Buy | 2/7 | K | | |
| 138. | | | | | Buy | 2/12 | J | | |
| 139. - Pioneer High Yield FD A | A | Dividend | L | T | Buy | 12/19 | L | | |
| 140. Springside, LLC (2000 - $300,000) | | None | P1 | W | | | | | |
| 141. The Henlopen Fund | | None | J | T | | | | | |
| 142. Solomon Smith Barney | | None | | | Closed | | | | |
| 143. Fahnestock Prime Cash Series | A | Dividend | J | T | | | | | |
| 144. Delaware State Revenue Bond | | None | | | Sell | 12/1 | J | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 5/12/2004 |

## VI. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br><br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger.<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 145. Legg Mason Opportunity Trust | A | Dividend | L | T | Buy | 4/3 | K | | |
| 146. | | | | | Buy | 5/6 | K | | |
| 147. | | | | | Buy | 5/27 | K | | |
| 148. Fairholme Fund | A | Dividend | L | T | Buy | 3/27 | K | | |
| 149. | | | | | Buy | 5/5 | J | | |
| 150. | | | | | Buy | 5/24 | K | | |
| 151. Aegis Value Fund Inc | | None | L | T | Buy | 12/31 | L | | |
| 152. Metlife, Inc. | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

1) Values and income of assets listed in Part VII, page3, lines 37, 38, and Page 8, line 131 of previous report have declined below reporting value.

2) Asset on line 112 of this report was inadvertently omitted from the previous report. It was corrected on the previous report by a separate letter addressed to the Committee.

3) Asset reported on line 152 of this report was omitted, because of the lack of information, from the 2000-2002 reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

Date _May 12, 2004_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544